UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### CRIMINAL MINUTES - GENERAL

**Case No.** 2:10CR160  **Place Held:** ABERDEEN, MISSISSIPPI

**Style:** USA VS L.C. EWING

**Date & Time Began:** 7/13/12 1:30 P.M. – 3:12 P.M.

**Total Time:** 1 hour 12 min

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

Ginger Sisk  Phyllis McLarty
Courtroom Deputy Clerk  Court Reporter

**Attorney for Government:**  **Attorney(s) for Defendant:**
Chad Lamar  Roy Percy

**PROCEEDINGS:** Motion to Withdraw Guilty Plea hearing.

**DOCKET ENTRY:** Motion to Withdraw Guilty Plea hearing held and completed. Motion to Withdraw Guilty Plea GRANTED. Defendant declined to withdraw his guilty plea. Defendant remanded to U.S. Marshal.

**DAVID CREWS, CLERK**

By:  /s/ Ginger Sisk
  Ginger Sisk, Courtroom Deputy